UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

EASTERN DIVISION                    CIVIL ACTION NO.
                                    09-CA-11563

CRUZ MANUEL LARA,                   )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
JAMES M. CUMMINGS, SHERIFF          )
AND SEVERAL OTHER UNKNOWN           )
MEDICAL AND CORRECTION STAFF,       )
    Defendants                      )

## ANSWER OF THE DEFENDANT, JAMES M. CUMMINGS, SHERIFF

Now comes the Defendant, James M. Cummings, Sheriff (hereinafter "Sheriff Cummings" or "Defendant") and hereby answers the Plaintiff's Complaint as follows:

### INTRODUCTION

1.  Paragraph 1 of the Complaint asserts a legal conclusion to which no response is required.

TROY WALL
ASSOCIATES
ATTORNEYS AND
COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866
PHONE: (508) 888-5700

## JURISDICTION

2. Paragraph 2 of the Complaint asserts a legal conclusion to which no response is required.

## PARTIES

3. The Defendant admits the allegations set forth in Paragraph 3 of the Complaint.

4. The Defendant admits the allegations set forth in Paragraph 3 of the Complaint.

5. The Defendant is without sufficient knowledge to either admit or deny the allegations set forth in Paragraph 5 of the Complaint.

## FACTS

### ISSUE I

The Defendant realleges and reasserts the statements set forth in Paragraphs 1 through 5 herein.

6. The Defendant denies the allegations set forth in Paragraph 6 of the Complaint.

7. The Defendant denies the allegations set forth in Paragraph 7 of the Complaint.

TROY WALL
ASSOCIATES
ATTORNEYS AND
COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866

PHONE: (508) 888-5700

8. The Defendant denies the allegations set forth in Paragraph 8 of the Complaint.

9. The Defendant denies the allegations set forth in Paragraph 9 of the Complaint.

10. The Defendant denies the allegations set forth in Paragraph 10 of the Complaint.

11. The Defendant denies the allegations set forth in Paragraph 11 of the Complaint.

12. The Defendant denies the allegations set forth in Paragraph 12 of the Complaint.

13. The Defendant denies the allegations set forth in Paragraph 13 of the Complaint.

14. The Defendant denies the allegations set forth in Paragraph 14 of the Complaint.

15. The Defendant denies the allegations set forth in Paragraph 15 of the Complaint.

16. The Defendant denies the allegations set forth in Paragraph 16 of the Complaint.

TROY WALL
ASSOCIATES
ATTORNEYS AND
COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866
PHONE: (508) 888-5700

## ISSUE II

The Defendant realleges and reasserts the statements set forth in Paragraphs 1 through 16 herein.

17. The Defendant denies the allegations set forth in Paragraph 17 of the Complaint.

18. The Defendant denies the allegations set forth in Paragraph 18 of the Complaint.

19. The Defendant denies the allegations set forth in Paragraph 19 of the Complaint.

20. The Defendant denies the allegations set forth in Paragraph 20 of the Complaint.

21. The Defendant denies the allegations set forth in Paragraph 21 of the Complaint.

22. The Defendant denies the allegations set forth in Paragraph 22 of the Complaint.

23. The Defendant denies the allegations set forth in Paragraph 23 of the Complaint.

24. The Defendant denies the allegations set forth in Paragraph 24 of the Complaint.

TROY WALL
ASSOCIATES
ATTORNEYS AND
COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866

PHONE: (508) 888-5700

25. The Defendant denies the allegations set forth in Paragraph 25 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST DEFENSE

The Plaintiff's Complaint should be dismissed for lack of Sufficient Process.

### SECOND DEFENSE

The Plaintiff's Complaint should be dismissed for Insufficient Service of Process.

### THIRD DEFENSE

Plaintiff has failed to state a claim for which relief may be granted.

### FOURTH DEFENSE

The Plaintiff's action is barred by the Statute of Limitations.

### FIFTH DEFENSE

The Defendant acted in good faith at all times and acted in accordance with all applicable statutes, rules and regulations and is therefore immune from liability.

### SIXTH DEFENSE

If Plaintiff was injured, Plaintiff's injuries were caused by a party or parties over whom the Defendant had no control or legal responsibility.

TROY WALL
ASSOCIATES
ATTORNEYS AND
COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866
PHONE: (508) 888-5700

### SEVENTH DEFENSE

Plaintiff's Complaint must be dismissed for failure to name all necessary and indispensable parties.

### EIGHTH DEFENSE

Defendant is immune from liability because their conduct does not establish any clear denial of constitutional or statutory rights which a reasonable person should have known.

### TENTH DEFENSE

The Plaintiff's claims against the Defendant are barred by the Doctrine of Qualified Immunity.

### ELEVENTH DEFENSE

The Defendant is immune from liability because the alleged claim involves a judicial, legislative or executive act.

### TWELFTH DEFENSE

Plaintiff is barred from recovery by the Doctrine of Laches.

### THIRTEENTH DEFENSE

The Plaintiff has failed to exhaust administrative remedies pursuant to G.L. c. 127 §§ 38E and 38F.

### FOURTEENTH DEFENSE

Plaintiff has failed to meet the statutory requirements for filing suit under the Prison Litigation Reform Act, 42 U.S.C. 1997(a)(2000).

TROY WALL
ASSOCIATES
ATTORNEYS AND
COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866

PHONE: (508) 888-5700

### FIFTEENTH DEFENSE

Defendant reserves the right to assert additional affirmative defenses if warranted based upon information learned through the discovery process.

### SIXTEENTH DEFENSE

The claims of the Plaintiff fail for the affirmative defenses of accord and satisfaction, assumption of risk, failure of consideration, contributory negligence, fraud, release, waiver and any other matter constituting an avoidance or affirmative defense.

### **PRAYERS FOR RELIEF**

Wherefore the Defendants in the above-entitled action respectfully request that this Honorable Court order the following relief:

a. Plaintiff's Complaint be dismissed; and

b. Whatever other relief the Court deems just and appropriate.

> Respectfully submitted,
> For the Defendant,
> By his Attorney,
>
> _____
> Robert S. Troy
> BBO#503160
> Troy Wall Associates
> 90 Route 6A
> Sandwich, MA 02563
> (508) 888-5700
> rstroy@verizon.net

DATED: January 15, 2010

TROY WALL ASSOCIATES
ATTORNEYS AND COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866

PHONE: (508) 888-5700

CERTIFICATE OF SERVICE

I, Robert S. Troy, do hereby certify that this date I served a true copy of the Answer of the Defendant James M. Cummings, Sheriff, by mailing same by first class mail, postage prepaid to:

Cruz Manuel Lara
MCI Shirley, Medium
P.O. Box 1218
Shirley, MA 01464-1218

Robert S. Troy

DATED: January 15, 2010

TROY WALL
ASSOCIATES
ATTORNEYS AND
COUNSELLORS AT LAW
90 ROUTE 6A
SANDWICH, MASSACHUSETTS
02563-1866
PHONE: (508) 888-5700